AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SINGLETON, JAMES K. | U.S. DISTRICT COURT, ALASKA | 05/08/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-SENIOR STATUS | ☐ Nomination   Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

7. Chambers or Office Address

THE JAMES M. FITZGERALD UNITED STATES COURTHOUSE AND FEDERAL BUILDING
222 W. 7TH AVENUE
ANCHORAGE, AK 99513-7524

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/94 | STATE OF ALASKA, JUDICIAL RETIREMENT |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | STATE OF ALASKA RETIREMENT AND BENEFITS PLAN-RETIREMENT INCOME | $121,751.16 |
| 2. 2016 | MERRIL LYNCH AS CUSTODIAN - RETIREMENT INCOME | $2,002.66 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | TRANSAMERICA LIFE INSURANCE COMPANY - RETIREMENT INCOME |
| 2. 2016 | STATE OF ALASKA RETIREMENT AND BENEFITS PLAN FOR TEACHERS - RETIREMENT INCOME |
| 3. 2016 | MERRIL LYNCH AS CUSTODIAN - RETIREMENT INCOME |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 05/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FNBA BANK ACCOUNT | A | Interest | L | T | | | | | |
| 2. ALASKA SUPPLEMENTAL ANNUITY PLAN | | None | N | T | Distributed (part) | 12/31/16 | K | E | |
| 3. MERRIL LYNCH WEALTH MANAGEMENT ACCOUNT ▆ (H) | | | | | | | | | |
| 4. ABBOTT LABS | A | Dividend | J | T | | | | | |
| 5. ALTRIA GROUP INC | A | Dividend | | | Sold | 05/05/16 | J | A | |
| 6. AMN ELEC POWER CO | A | Dividend | J | T | | | | | |
| 7. BOEING COMPANY | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 8. COCA COLA COM | A | Dividend | J | T | | | | | |
| 9. CONOCOPHILLIPS | | None | | | Sold | 01/19/16 | J | A | |
| 10. CVS HEALTH CORP | A | Dividend | J | T | | | | | |
| 11. DOMINION RES INC NEW VA | A | Dividend | J | T | | | | | |
| 12. DISNEY (WALT) CO COM STK | A | Dividend | J | T | Buy | 06/03/16 | J | | |
| 13. DU PONT E I DE NEMOURS | A | Dividend | J | T | Buy | 05/05/16 | J | | |
| 14. EXXON MOBIL CORP | A | Dividend | J | T | | | | | |
| 15. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 16. HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 17. INTEL CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JOHNSON AND JOHNSON | A | Dividend | J | T | | | | | |
| 19. JPMORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 20. KRAFT (THE) HEINZ CO | A | Dividend | J | T | | | | | |
| 21. MCDONALDS | A | Dividend | J | T | | | | | |
| 22. METLIFE INC | A | Dividend | J | T | Buy | 02/02/16 | J | | |
| 23. MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 24. NEXTERA ENERGY INC | A | Dividend | J | T | | | | | |
| 25. NIKE INC | A | Dividend | | | Sold | 06/03/16 | J | A | |
| 26. OCCIDENTAL PETE CORP | A | Dividend | J | T | | | | | |
| 27. PFIZER INC | A | Dividend | J | T | | | | | |
| 28. PHILIP MORRIS INTL INC | A | Dividend | J | T | | | | | |
| 29. PROCTER & GAMBLE CO | A | Dividend | J | T | | | | | |
| 30. SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 31. SIMON PROPERTY GROUP DEL | A | Dividend | J | T | | | | | |
| 32. STATE STREET CORP | A | Dividend | | | Sold | 02/02/16 | J | A | |
| 33. THERMO FISHER SCIENTIFIC | A | Dividend | J | T | Sold (part) | 08/11/16 | J | A | |
| 34. UNITED TECHS CORP | A | Dividend | J | T | Buy | 02/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US BANCORP | A | Dividend | J | T | Buy | 01/19/16 | J | | |
| 36. VERIZON COMMUNICATNS | A | Dividend | J | T | | | | | |
| 37. WAL-MART STORES INC | A | Dividend | J | T | | | | | |
| 38. 3M COMPANY | A | Dividend | J | T | | | | | |
| 39. CONSUMER DISCRETIONARY | A | Dividend | J | T | | | | | |
| 40. HEALTH CARE SELECT SPDR | A | Dividend | J | T | Sold (part) | 07/25/16 | J | A | |
| 41. ISHARES MSCI EAFE | A | Dividend | J | T | | | | | |
| 42. ISHARES IBOXX $ | A | Dividend | J | T | | | | | |
| 43. ISHARES TIPS | A | Dividend | J | T | Buy (add'l) | 06/22/16 | J | | |
| 44. ISHARES 3-7 YEAR | A | Dividend | J | T | Buy (add'l) | 06/22/16 | J | | |
| 45. ISHARES MBS ETF | A | Dividend | K | T | Buy (add'l) | 07/25/16 | J | | |
| 46. ISHARES IBOXX$ HIGH YIEL | A | Dividend | J | T | Buy | 06/22/16 | J | | |
| 47. ISHARES INC CORE MSCI | A | Dividend | J | T | Buy | 05/18/16 | J | | |
| 48. LOOMIS SAYLESS STRATEGIC | A | Dividend | K | T | Buy (add'l) | 06/03/16 | J | | |
| 49. | | | | | Sold (part) | 10/12/16 | J | A | |
| 50. MARKET VECTORS J.P./VANECK VECTORS J.P | A | Dividend | J | T | Buy (add'l) | 06/22/16 | J | | |
| 51. POWERSHARES GLOBAL/ POWERSHARES EM SOVEREIGN | A | Dividend | J | T | Buy (add'l) | 06/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. POWERSHARES PREFERRED | A | Dividend | J | T | | | | | |
| 53. REAL ESTATE SELECT | A | Dividend | J | T | Buy | 09/23/16 | J | | |
| 54. SECTOR SPDR CONSMRS STPL | A | Dividend | J | T | Sold (part) | 07/25/16 | J | A | |
| 55. SECTOR SPDR ENERGY | A | Dividend | J | T | Sold (part) | 06/22/16 | J | A | |
| 56. SECTOR SPDR INDUSTRIAL | A | Dividend | J | T | Sold (part) | 11/22/16 | J | A | |
| 57. SECTOR SPDR UTILITIES | A | Dividend | J | T | Sold (part) | 07/25/16 | J | A | |
| 58. SPDR S&P INSURANCE ETF | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 59. SPDR BARCLAYS | A | Dividend | | | Sold | 06/22/16 | J | A | |
| 60. VANGUARD FINANCIALS ETF | A | Dividend | J | T | Sold (part) | 09/23/16 | J | A | |
| 61. VANGUARD INFORMATION | A | Dividend | J | T | Sold (part) | 11/22/16 | J | A | |
| 62. VANGUARD TELECOMM SRVCS | A | Dividend | J | T | Sold (part) | 11/22/16 | J | A | |
| 63. VANGUARD INTERMEDIATE | A | Dividend | K | T | Buy (add'l) | 06/22/16 | J | | |
| 64. VANGUARD SHORT TERM BOND | A | Dividend | J | T | Sold (part) | 06/22/16 | J | A | |
| 65. | | | | | | | | | |
| 66. MANAGEMENT ACCOUNT ▨ (H) | | | | | | | | | |
| 67. MERRILL LYNCH AS CUSTODIAN RETIREMENT ACCOUNT ▨ | B | Distribution | K | T | | | | | |
| 68. AT&T INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 70. WAL-MART STORES INC | A | Dividend | J | T | | | | | |
| 71. BLACKROCK MULTIASSET | A | Dividend | J | T | Buy | 01/01/16 | J | | |
| 72. BLACKROCK EQTY DIVIDEND | A | Dividend | J | T | Sold (part) | 11/17/16 | J | A | |
| 73. ISHARES 20+ YEAR | A | Dividend | J | T | Buy | 11/17/16 | J | | |
| 74. LOOMIS SAYLES STRATEGIC | A | Dividend | J | T | | | | | |
| 75. TEMPLETON GLBL BOND FD | A | Dividend | J | T | Sold (part) | 05/23/16 | J | A | |
| 76. VANGUARD MORTGAGE-BACKED | A | Dividend | J | T | Buy | 11/17/16 | J | | |
| 77. | | | | | | | | | |
| 78. MANAGEMENT ACCOUNT ▓ (H) | | | | | | | | | |
| 79. MERRILL LYNCH AS CUSTODIAN RETIREMENT ACCOUNT ▓ | C | Distribution | L | T | | | | | |
| 80. JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 81. VERIZON COMMUNICATIONS COM | A | Dividend | J | T | | | | | |
| 82. BLACKROCK EQTY DIVIDEND | A | Dividend | J | T | Sold (part) | 12/21/16 | J | A | |
| 83. BLACKROCK GLOBAL | A | Dividend | J | T | Sold (part) | 12/02/16 | J | A | |
| 84. DELAFIELD FUND | A | Dividend | J | T | | | | | |
| 85. FAIRHOLME FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | GABELLI DIV & INC TR | A | Dividend | K | T | Buy (add'l) | 11/17/16 | J | | |
| 87. | ISHARES 20+ YEAR | A | Dividend | J | T | Buy | 11/17/16 | J | | |
| 88. | LOOMIS SAYLES STRATEGIC | A | Dividend | K | T | Buy (add'l) | 12/20/16 | J | | |
| 89. | TEMPLETON GLBL BOND FD | A | Dividend | J | T | Sold (part) | 05/23/16 | J | A | |
| 90. | VANGUARD SHORT-TERM | A | Dividend | J | T | Buy | 12/02/16 | J | | |
| 91. | | | | | | Buy (add'l) | 12/27/16 | J | | |
| 92. | VANGUARD MORTGAGE-BACKED | A | Dividend | J | T | Buy | 11/17/16 | J | | |
| 93. | | | | | | | | | | |
| 94. | | | | | | | | | | |
| 95. | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES K. SINGLETON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544